

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

| | | |
|---|---|---|
| REGGIE JACKSON, | § | No.08-19-00260-CV |
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law Number Two |
| KYANNE KATRINA CAVE, | § | of Travis County, Texas |
| Appellee. | § | (TC#C-1-CV-19-004699) |

## J U D G M E N T

The Court has considered this cause on the record and concludes the appeal should be dismissed for want of jurisdiction, in accordance with the opinion of this Court.  We therefore dismiss the appeal for want of jurisdiction.

It appearing to this Court that Appellant is indigent for purposes of appeal, this Court makes no other order with respect thereto. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 8TH DAY OF JANUARY, 2021.

YVONNE T. RODRIGUEZ, Chief Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.